UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Document # __6__

-------------------------------------------------

Dixon

-v-

Fischer

-------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08cv3245

JUDGE: KMW

DATE: April 25, 2008

# INDEX TO THE RECORD ON APPEAL

PREPARED BY (NAME): _____ THOMAS R. PISARCZYK _____
FIRM: _____ U.S. DISTRICT COURT - SOUTHERN DISTRICT OF NEW YORK _____
ADDRESS: _____ 500 PEARL STREET, ROOM 370 _____
_____ NEW YORK, NEW YORK 10007 _____
PHONE NO.: _____ (212) 805 - 0636 _____

APR 25 2008

DISTRICT COURT DOCKET ENTRIES ----------------------------------------

DOCUMENT DESCRIPTION                                              DOC. #

_____ CLERK'S CERTIFICATE _____

_____ SEE ATTACHED LIST OF NUMBERED DOCUMENTS _____

Balance of file already in USCA (08-1715-cv)
on Transfer order.

(_X_) Original Record                             (____) Supplemental Record

The record in the above entitled case was indexed to the U.S.C.A
for the Second Circuit on the 25th Day of April, 2008.

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------

Dixon

-v-

Fischer

------------------------------------------------

U.S.C.A. # _____

U.S.D.C. # 08-cv-3245

JUDGE: KMW

DATE: April 25, 2008

## Clerk's Certificate

I, J. Michael McMahon, Clerk of the Court of the United States District Court for the Southern District of New York, do hereby certify that the certified copy of the docket entries and the original filed papers numbered __1__ Through __5__, inclusive, constitutes the Original record on appeal in the above entitled proceedings except for the following missing documents:

Date Filed            Document Description

Balance of file already in USCA (08-1715-op) on Transfer Order.

In Testimony Whereof, I have caused the seal of said Court to be hereunto affixed, at the City of New York, this 25th Day of April In this year of our Lord, Two Thousand and Eight, and the Independence of the United States this 232ND year.

J. Michael McMahon, Clerk

By _____
        Deputy Clerk

APPEAL, CLOSED, PRO-SE

## U.S. District Court
### United States District Court for the Southern District of New York (Foley Square)
### CIVIL DOCKET FOR CASE #: 1:08-cv-03245-KMW
### Internal Use Only

Dixon v. Fischer
Assigned to: Judge Kimba M. Wood
Cause: 28:2241 Petition for Writ of Habeas Corpus (federa

Date Filed: 04/01/2008
Date Terminated: 04/01/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

| Date Filed | # | Docket Text |
|---|---|---|
| 04/01/2008 | 1 | DECLARATION IN SUPPORT OF REQUEST TO PROCEED IN FORMA PAUPERIS. Document filed by Echo Dixon.(mbe) (Entered: 04/08/2008) |
| 04/01/2008 | 2 | COMPLAINT against Brian Fischer. Document filed by Echo Dixon.(mbe) (Entered: 04/08/2008) |
| 04/01/2008 |   | Magistrate Judge Andrew J. Peck is so designated. (mbe) (Entered: 04/08/2008) |
| 04/01/2008 | 3 | MOTION to Vacate. Document filed by Echo Dixon.(mbe) (Entered: 04/08/2008) |
| 04/01/2008 | 4 | TRANSFER ORDER (U.S.C.A.),....transfers this matter to the U.S.C.A. for the Second Circuit. The Clerk of Court is directed to assign a docket number to this action solely for the purpose of this order. Sent original file along with documents numbered 1-4, certified copy of docket entries and transfer order. Mailed via Inter-Office Mail on 4/10/2008. (Signed by Judge Kimba M. Wood on 04/01/08) (jeh) (Entered: 04/10/2008) |
| 04/14/2008 | 5 | NOTICE OF APPEAL from 4 Transfer Order U.S.C.A. Document filed by Echo Dixon. (tp) (Entered: 04/24/2008) |
| 04/14/2008 |   | Appeal Remark as to 5 Notice of Appeal filed by Echo Dixon. $455.00 APPEAL FEE DUE. IFP REVOKED 4/1/08. COA DENIED 4/1/08. (tp) (Entered: 04/24/2008) |
| 04/15/2008 |   | Received a letter from the United States Court of Appeals- Second Circuit acknowledging receipt of the entire file and assigned Case Number: 08-1715 OP. (jeh) (Entered: 04/15/2008) |
| 04/24/2008 |   | Transmission of Notice of Appeal and Certified Copy of Docket Sheet to US Court of Appeals re: 5 Notice of Appeal. (tp) (Entered: 04/24/2008) |
| 04/24/2008 |   | Transmission of Notice of Appeal to the District Judge re: 5 Notice of Appeal. (tp) (Entered: 04/24/2008) |